■ In the Matter of RAYMOND L. MAGARA, JR., Appellant, v LAURIE M. RIORDAN-MAGARA, Respondent. [933 NYS2d 630]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.

■ In the Matter of LIGHT WORK VISUAL STUDIES, INC., Respondent, v CITY OF SYRACUSE et al., Appellants. [932 NYS2d 407]—

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 26, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.